MELISSA D. KAMENS et al., Appellants-Respondents, v UTICA MUTUAL INSURANCE COMPANY, Respondent, and VIOLETTA Q. DICKINSON, Respondent-Appellant. (Appeal No. 1.)

Submitted June 7, 2004; decided July 1, 2004

654

On the Court's own motion, cross appeals by Violetta Dickinson, in her individual and representative capacities, dismissed, each without costs, upon the ground that the two-Justice dissents at the Appellate Division are not in favor of the cross appellants (*see* CPLR 5601 [a]). Utica Mutual Insurance Company's motion for a stay granted.